## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MATTHEW PAUL SANDERS,        )
                                      )
            Plaintiff,       )
                                      )
vs.                            )       NO. CIV-23-0021-HE
                                      )
KILOLO KIJAKAZI, Acting     )
Commissioner of the Social Security )
Administration,               )
                                      )
            Defendant.     )

## ORDER

Plaintiff Matthew Paul Sanders appealed the final decision of the Commissioner of Social Security Administration denying his application for benefits under the Social Security Act. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell. Judge Mitchell has issued a Report and Recommendation recommending that the case be dismissed due to plaintiff's failure to follow the court's orders.

The Report advised plaintiff of his right to object to on or before May 22, 2023. Plaintiff has not objected to the Report, thereby waiving his right to appellate review of the factual and legal issues it addressed.

The court **ADOPTS** the Report and Recommendation [Doc. #8]. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 30th day of May, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE